IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ALLEN,       ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| -vs-              ) | NO. 11-248-SCW |
| ) | |
| JAMES KREIG, ADRIAN FEINERMAN,   ) | |
| and GARY CONDER,      ) | |
| ) | |
| Defendants.      ) | |

## JUDGMENT IN A CIVIL CASE

Defendants **JAMES KREIG,** and **ADRIAN FEINERMAN** were dismissed by an Order entered by Judge J. Michael J. Reagan on March 26, 2013 (Doc. 75).

The remaining case against Defendant Gary Conder came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **GARY CONDER** and against Plaintiff **ANTHONY ALLEN** (Doc. ).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JAMES KREIG, ADRIAN FEINERMAN** and **GARY CONDER** and against plaintiff **ANTHONY ALLEN**.

Plaintiff shall take nothing from this action.

**DATED**:    July 9, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
          Deputy Clerk

Approved by    s//Stephen C. Williams
         **United States Magistrate Judge**
           **Stephen C. Williams**